United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-18898-elf
Shawnette Fleming                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 2              Date Rcvd: Mar 14, 2019
                             Form ID: pdf900             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
```
db          +Shawnette Fleming,    2740 N. 45th Street,    Philadelphia, PA 19131-1517
cr          +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13646793    +AFNI INC,    PO BOX 3068,    Bloomington, IL 61702-3068
13646799    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13702860    +NCB Management Services, Inc.,    One Allied Drive,    Trevose PA 19053-6945
13668535    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13656614    +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13876094    +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13646808    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13715728    +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:37     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:36
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:16     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 15 2019 03:32:07     Jefferson Capital Systems LLC,
              PO Box 7999,    St Cloud, MN  56302-9617
13646794    +E-mail/Text: bkrpt@retrievalmasters.com Mar 15 2019 03:31:54     Amca,
              2269 S Saw Mill River Road,    Elmsford, NY 10523-3832
13686535     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 15 2019 03:35:04
              American InfoSource LP as agent for,    Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
13673560    +E-mail/Text: bankruptcy@sccompanies.com Mar 15 2019 03:33:22     Ashro Lifestyle,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13669569    +E-mail/Text: bnc@atlasacq.com Mar 15 2019 03:30:59     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13646795     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2019 03:35:02     CACH, LLC,
              PO Box 10587,   Greenville SC   29603-0587
13737560    +E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:37
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13646796    +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 15 2019 03:33:14     Credit Coll,
              Po Box 9134,   Needham, MA 02494-9134
13648560     E-mail/Text: mrdiscen@discover.com Mar 15 2019 03:30:58     Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
13646797    +E-mail/Text: mrdiscen@discover.com Mar 15 2019 03:30:58     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
13646798    +E-mail/Text: bankruptcynotices@dcicollect.com Mar 15 2019 03:33:00     Diversified Consultant,
              10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
13673563    +E-mail/Text: bankruptcy@sccompanies.com Mar 15 2019 03:33:22     Ginny's,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13646800    +E-mail/Text: bankruptcy@sccompanies.com Mar 15 2019 03:33:22     Ginnys,    1112 7th Ave,
              Monroe, WI 53566-1364
13673561    +E-mail/Text: bankruptcy@sccompanies.com Mar 15 2019 03:33:22     Home at Five,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13646801    +E-mail/Text: bankruptcy@sccompanies.com Mar 15 2019 03:33:22     Homeatfive,    1515 S 21st St,
              Clinton, IA 52732-6676
13646802     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 15 2019 03:32:07     Jefferson Capital Syst,
              16 Mcleland Rd,   Saint Cloud, MN 56303
13671721    +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 15 2019 03:32:07     Jefferson Capital Systems LLC,
              Po Box 772813,   Chicago IL   60677-2813
13646803    +E-mail/Text: bankruptcy@sccompanies.com Mar 15 2019 03:33:22     Midnight Velvet,
              1112 7th Ave,   Monroe, WI 53566-1364
13673562    +E-mail/Text: bankruptcy@sccompanies.com Mar 15 2019 03:33:22     Midnight Velvet,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13649106     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:34:40
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13646804    +E-mail/Text: blegal@phfa.org Mar 15 2019 03:31:57     Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
13646805    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 03:45:49
              Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13692656    +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 15 2019 03:32:07     Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13646809     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 15 2019 03:30:54
              Verizon,   One Alpharetta Place  Recovery Departmen,    Alpharetta, GA 30004
                                                                                              TOTAL: 27
```

```
District/off: 0313-2              User: Virginia                Page 2 of 2                    Date Rcvd: Mar 14, 2019
                                  Form ID: pdf900               Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC   29603-0587
13686282*       CACH, LLC,    PO Box 10587,    Greenville SC    29603-0587
13646806*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13646807*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                            TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              GEORGETTE    MILLER    on behalf of Debtor Shawnette   Fleming info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWNETTE FLEMING                                Chapter 13

                    Debtor              Bankruptcy No. 15-18898-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 13, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:
SHAWNETTE FLEMING

2740 N. 45TH STREET

PHILADELPHIA, PA 19131